UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JOHN DOE,

                       Plaintiff,                    JUDGMENT
v.                                                   21-CV-4589 (AMD) (PK)

GRINDR, LLC, KL GRINDR HOLDINGS, INC.,
GRINDR HOLDING COMPANY, and
AARON WEINREB,

                       Defendants.
---------------------------------------------------------------X

        A Memorandum, Decision, and Order of the Honorable Ann M. Donnelly, United States District Judge, having been filed on August 5, 2022, dismissing the plaintiff's TVPA, RICO, NYSHRL and NYCHRL claims without prejudice; declining to exercise supplemental jurisdiction over the remaining claims and crossclaim under state law, and dismissing those claims without prejudice; and denying Grindr's motion to dismiss as moot; it is

        ORDERED and ADJUDGED that the plaintiff's TVPA, RICO, NYSHRL and NYCHRL claims are dismissed without prejudice; that the Court declines to exercise supplemental jurisdiction over the remaining claims and crossclaim under state law, and dismisses those claims without prejudice; and that Grindr's motion to dismiss is denied as moot.

Dated: Brooklyn, New York                                   Brenna B. Mahoney
         August 8, 2022                                        Clerk of Court

                                                          By:    */s/Jalitza Poveda*
                                                                    Deputy Clerk